Gregory Lee King, D'Arezzo
200 South Russell Avenue
Douglas, Wyoming Zip Exempt
Converse County
(307)258-9470
gregdarezzo@gmail.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 JUL 14 PM 3:57
MARGARET BOTKINS, CLERK
CASPER

UNITED STATES DISTRICT COURT

| | |
|---|---|
| GREGORY LEE KING D'AREZZO<br><br>Claimant,<br><br>vs.<br><br>KATHY SWANSON<br><br>WYOMING COMMUNITY DEVELOPMENT AUTHORITY,<br><br>Defendant, | Case No.: 23CV125-SWS |

CIVIL COMPLAINT

Unauthorized use of intellectual property using financial instruments.

Dated this July 14, 2023

_____
Gregory Lee King, D'Arezzo

CIVIL COMPLAINT - 1

Wyoming District Court                                                                                           July 14, 2023

Per the Wyoming Constitution Article one section (8) eight; Courts open to all; suits against the state.  All courts shall be open and every person for an injury done to person, reputation or property shall have justice administered without sale, denial or delay.  Suits may be brought against the state in such manner and in such courts as the legislature may by law direct.