# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 27 PM 12: 01

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| GREGORY LEE KING D'AREZZO, <br><br> Plaintiff, <br><br> v. <br><br> KATHY SWANSON, and WYOMING COMMUNITY DEVELOPMENT AUTHORITY, <br><br> Defendants. | Case No. 23-CV-125-SWS |

## ORDER OF DISMISSAL

The complaint instituting this lawsuit was filed on July 14, 2023. (ECF 1.) In violation of Federal Rule of Civil Procedure 4(*l*) and 4(m), Plaintiff has failed to prove he effected service of process on the Defendants within 90 days of the complaint being filed. On October 17, 2023, the Court entered a Notice of Impending Dismissal, warning Plaintiff this lawsuit would be dismissed in 30 days if he failed to prove service of process before then. (ECF 4.) He has not responded nor proven service to date.

**IT IS THEREFORE ORDERED** that this lawsuit is **DISMISSED** for failure of service under Fed. R. Civ. P. 4(m).

**DATED**: November 27th, 2023.

Scott W. Skavdahl
United States District Judge